24 - 15884

Prepared by: *Linton Gentles*
_____
Linton Gentles

**Power of Attorney**

This Power of Attorney is made on **June 10ᵗʰ , 2024**

Between: Clifford Henderson, Owner of 482 Joralemon St, Belleville NJ  , Seller(s), whose address is **482 Joralemon St, Belleville NJ 07109**

And: the agent, Linton Gentles, whose address is **605 Mola Blvd, Elmwood Park NJ 07407**

**Grant of Authority.** We appoint you to prepare, to execute and to file all required papers and instruments which are necessary for an effective filing under the United States Bankruptcy Code, and the pertinent state law, and in that regard: (1) to complete any credit counseling and/or financial management course requirements on my behalf, (2) to appear on my behalf at Court and the First Meeting for creditors, and (3) to do all acts and to prepare and sign all documents necessary for the filing, handling and completion thereof, including without limitation: (a) Signing the Petition, Schedules, and other documents necessary to effect the filing, (b) Submission of an application for Court approval to use Interrogatories in place of a personal appearance at the First Meeting of Creditors, (c) Signing of the Interrogatories, (d) Personal appearance at the First Meeting of Creditors, (e) Signing of affidavits and any and all other documents necessary for or related to motions, applications, and other submissions to the Court or the Bankruptcy Trustee.

**Powers.** We give them all the power and authority which we may legally give to You. You may revolve this Power of Attorney or appoint a new Agent in your place. We approve and confirm all that You or your substitute may lawfully do on our behalf.

**Signatures.** By signing this document, we acknowledge that we have received a copy of this Power of Attorney and that we understand its terms.

Seller Signature: *Clifford Henderson*    06/11/24

Clifford Henderson

Agent Signature: *Linton Gentles*    06/11/24

Linton Gentles