Form ntcphoto

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–15884–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Clifford Henderson
482 Joralemon St
Belleville, NJ 07109

Social Security No.:
xxx–xx–0746

Employer's Tax I.D. No.:

## Notice of Requirement to Submit Photo ID

Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 6/11/24, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

☐   debtor

☐   joint debtor

is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by June 25, 2024. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: June 11, 2024
JAN: dlr

Jeanne Naughton
Clerk