case# 24-15884

Certificate Number: 12459-NJ-CC-038562235

12459-NJ-CC-038562235

## CERTIFICATE OF COUNSELING

I CERTIFY that on June 11, 2024, at 8:24 o'clock AM PDT, Clifford Henderson received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of New Jersey, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 11, 2024           By:    /s/Lorena De La Garza

                               Name:  Lorena De La Garza

                               Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).